# EXHIBIT A

| For Love & Lemons Designs | Exemplar of Infringing Products |
|---|---|
| | |



