| | |
|---|---|
| 1 | Ziyong "Sean" Li (CA 289696) |
| 2 | Benesch, Friedlander, Coplan & Aronoff LLP<br>100 Pine Street, Suite 3100 |
| 3 | San Francisco, California 94111<br>Telephone: 628.600.2250 |
| 4 | Facsimile: 628.221.5828<br>sli@beneschlaw.com |

Attorneys for Defendants Zoetop Business Co., Ltd., Shein Distribution Corp., and Roadget Business Pte, Ltd.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOR LOVE & LEMONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOETOP BUSINESS CO., LTD., et al,<br><br>Defendants. | Case No. 2:24-cv-00585-MWF-AS<br><br>**DEFENDANT ROADGET BUSINESS PTE LTD.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant Roadget Business Pte, Ltd. ("**Roadget**"), by and through its undersigned counsel, submit this Answer to Plaintiff For Love and Lemons, LLC's ("**Plaintiff**") Complaint (the "**Complaint**"). Unless expressly admitted, Roadget denies each and every allegation in Plaintiff's Complaint.

## NATURE OF ACTION

1. The allegations set forth in Paragraph 1 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget admits that Plaintiff purports to bring an action for copyright infringement, but denies that the allegations have merit.

## JURISDICTION AND VENUE

2. The allegations set forth in Paragraph 2 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget admits that Plaintiff purports to bring an action for copyright infringement, but denies that the allegations have merit.

3. The allegations set forth in Paragraph 3 of the Complaint are legal conclusions to which no response is required. Notwithstanding the foregoing, Roadget does not contest subject matter jurisdiction for purposes of this litigation only.

4. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations set forth in Paragraph 4 of the Complaint are legal conclusions to which no response is required. Notwithstanding the foregoing, Roadget does not contest personal jurisdiction for purposes of this litigation only.

5. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations set forth in Paragraph 5 of the Complaint are legal conclusions to which no response is required. Notwithstanding the foregoing, Roadget does not contest venue for purposes of this litigation only.

## PARTIES

6. Roadget lacks sufficient information to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint, and, on that basis, denies the allegations.

7. These allegations are directed to Defendant ZOETOP BUSINESS CO., LTD., and a response from Roadget is not required. To the extent a response is required, Roadget admits that Zoetop Business Co., Ltd. is a Private Limited Company organized and existing under the laws of Hong Kong Special Administrative Region. Roadget denies the remaining allegations of Paragraph 7 of the Complaint.

8. These allegations are directed to Defendant SHEIN DISTRIBUTION CORPORATION, and a response from Roadget is not required. To the extent a response is required, Roadget admits that Shein Distribution Corporation is a Delaware corporation. Roadget denies the remaining allegations of Paragraph 8 of the Complaint.

9. Roadget admits that Roadget Business Pte Ltd is a Private Limited Company organized and existing under the laws of Singapore, with its principal place of business in Singapore. Roadget denies the remaining allegations of Paragraph 9 of the Complaint.

10. Roadget denies the allegations of Paragraph 10 of the Complaint.

11. These allegations are directed to Defendants DOES 1 through 10, and a response from Roadget is not required. To the extent a response is required, Roadget lacks sufficient information to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Complaint, and, on that basis, denies the allegations.

12. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the allegations set forth in Paragraph 12 of the Complaint.

## FACTUAL BACKGROUND

13. Roadget lacks sufficient information to form a belief as to the truth of the allegations set forth in Paragraph 13 of the Complaint, and, on that basis, denies the allegations.

14. These allegations are directed to Defendant ZOETOP BUSINESS CO., LTD., and a

response from Roadget is not required. To the extent a response is required, Roadget denies the remaining allegations related to Zoetop Business Co., Ltd. set forth in Paragraph 14 of the Complaint. These allegations are directed to Defendant SHEIN DISTRIBUTION CORPORATION, and a response from Roadget is not required. To the extent a response is required, Roadget admits that Shein Distribution Corporation was incorporated in 2021 in Delaware. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the remaining allegations set forth in Paragraph 14 of the Complaint. Roadget denies Plaintiff's highly prejudicial and legally inappropriate citations to tabloids and characterizations regarding same, including the quotations set forth in footnote 1.

15. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations set forth in Paragraph 15 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies the allegations.

16. Roadget admits that Plaintiff delivered a letter prior to the filing of this action. Roadget denies the remaining allegations of Paragraph 16 of the Complaint.

## CLAIMS RELATED TO PLAINTIFF'S DESIGNS

17. The allegations regarding ownership, compliance with formalities, creation, and assignment set forth in Paragraph 17 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget lacks sufficient information to form a belief as to the truth of the remaining allegations set forth in Paragraph 17 of the Complaint, and, on that basis, denies the allegations.

18. The allegations regarding widespread distribution set forth in Paragraph 18 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget lacks sufficient

information to form a belief as to the truth of the remaining allegations set forth in Paragraph 18 of the Complaint, and, on that basis, denies the allegations.

19. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget admits that Plaintiff has not granted Roadget permission copy, reproduce, duplicate, disseminate, distribute, or creative derivative works of the Subject Designs. Roadget denies that any permission was necessary.

20. Roadget denies the allegations of Paragraph 20 of the Complaint.

21. Roadget admits that Plaintiff has not granted Roadget permission copy, reproduce, duplicate, disseminate, distribute, or creative derivative works of the Subject Designs. Roadget denies that any permission was necessary. Roadget denies the remainder of the allegations of Paragraph 21 of the Complaint. Roadget denies Plaintiff's characterization of any products in the Complaint as "Infringing Products."

22. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the allegations of Paragraph 22 of the Complaint. Roadget denies Plaintiff's characterization of any products in the Complaint as "Infringing Products."

23. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the allegations of Paragraph 23 of the Complaint. Roadget denies Plaintiff's characterization of any products in the Complaint as "Infringing Products."

24. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the allegations of Paragraph 24 of the Complaint. Roadget denies Plaintiff's characterization of any products in the

Complaint as "Infringing Products."

# FIRST CLAIM FOR RELIEF

## (For Copyright Infringement – Against All Defendants, and Each)

25. Roadget incorporates and re-asserts its responses to Paragraphs 1-24 of the Complaint as if they were fully set forth herein.

26. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding access set forth in Paragraph 26 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget lacks sufficient information to form a belief as to the truth of the remaining allegations set forth in Paragraph 26 of the Complaint, and, on that basis, denies the allegations

27. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement, identity, and substantial similarity set forth in Paragraph 27 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget lacks sufficient information to form a belief as to the truth of the remaining allegations set forth in Paragraph 27 of the Complaint, and, on that basis, denies the allegations

28. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement in Paragraph 28 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget lacks sufficient information to form a belief as to the truth of the remaining allegations set forth in Paragraph 28 of the Complaint, and, on that basis, denies the allegations  Roadget denies Plaintiff's characterization of any products in the Complaint as "Infringing Products."

29. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement in Paragraph 29 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 29 of the Complaint.

30. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement and entitlement to damages in Paragraph 30 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 30 of the Complaint.

31. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. This Court has already found that Plaintiff is not entitled to statutory damages because Plaintiff failed to timely register its copyright registrations to be entitled to statutory damages and attorneys' fees and costs shifting. As such, no response is required. The allegations regarding infringement, willfulness, and entitlement to damages in Paragraph 31 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 31 of the Complaint.

## SECOND CLAIM FOR RELIEF

### (For Vicarious and/or Contributory Copyright Infringement – Against All Defendants)

32. Roadget incorporates and re-asserts its responses to Paragraphs 1-31 of the Complaint as if they were fully set forth herein.

33. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement, willfulness, and entitlement to damages in Paragraph 33 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 33 of the Complaint.

34. These allegations are directed to Defendant ZOETOP BUSINESS CO., LTD., and a response from Roadget is not required. To the extent a response is required, Roadget denies the remaining allegations related to Zoetop Business Co., Ltd. set forth in Paragraph 34 of the Complaint. The allegations regarding infringement in Paragraph 34 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 34 of the Complaint.

35. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement and secondary liability in Paragraph 35 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 35 of the Complaint.

36. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding infringement and secondary liability in Paragraph 36 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 36 of the Complaint.

37. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the

allegations against each individual defendant. The allegations regarding infringement, secondary liability, and entitlement to damages in Paragraph 37 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 37 of the Complaint.

38. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. This Court has already found that Plaintiff is not entitled to statutory damages because Plaintiff failed to timely register its copyright registrations to be entitled to statutory damages and attorneys' fees and costs shifting. As such, no response is required. The allegations regarding infringement, willfulness, and entitlement to damages in Paragraph 38 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 38 of the Complaint.

## THIRD CLAIM FOR RELIEF

### (For Violations of the 17 U.S.C. §1202 – Against all Defendants, and Each)

39. Roadget incorporates and re-asserts its responses to Paragraphs 1-38 of the Complaint as if they were fully set forth herein.

40. Roadget lacks sufficient information to form a belief as to the truth of the remaining allegations set forth in Paragraph 40 of the Complaint, and, on that basis, denies the allegations.

41. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. Roadget denies the remaining allegations of Paragraph 41 of the Complaint.

42. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the

allegations against each individual defendant. The allegations regarding false attribution in Paragraph 42 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 42 of the Complaint.

43. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding false attribution and violative removal in Paragraph 43 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 43 of the Complaint.

44. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding false attribution and violative removal in Paragraph 44 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 44 of the Complaint.

45. Roadget denies that it is appropriate for Plaintiff to refer to defendants named in this action in a collective manner, as doing so fails to provide defendants with fair notice of the allegations against each individual defendant. The allegations regarding false attribution, violative removal, and entitlement to damages in Paragraph 45 of the Complaint are legal conclusions to which no response is required. To the extent any further response is required, Roadget denies these allegations. Roadget denies the remaining allegations of Paragraph 45 of the Complaint.

**PRAYER FOR RELIEF**

Roadget denies that there is any factual or legal basis for the claims alleged, for the relief sought, for the recovery of fees or costs. Answering further, Roadget states that judgment should be entered in their favor and against Plaintiff. Roadget denies each and every allegation contained in Plaintiff's Prayer for Relief.

## AFFIRMATIVE DEFENSES

Roadget alleges and asserts the following affirmative defenses to the claims asserted in Plaintiff's Complaint. Roadget does not hereby assume the burden of proof on any such defenses that would otherwise rest on Plaintiff. Roadget further reserves the right to add to, modify, and/or delete from these affirmative defenses, including, without limitation, as discovery proceeds in this matter.

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

Plaintiff's Complaint, and each of its purported claims, fails to state a claim against Defendants, or any of them, upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
**(Independent Creation)**

Plaintiff's work was not independently created. The same and/or substantially similar floral patterns from highly famous designers have existed in the market for decades. Further, the works of which Plaintiff complains were created independently from and without knowledge of Plaintiff's claimed work.

### THIRD AFFIRMATIVE DEFENSE
**(Plaintiff's Lack of Ownership of the Allegedly Copied Material)**

Plaintiff does not own the copyright or any other rights in or to the portions of Plaintiff's claimed work that are allegedly copied in so far as the asserted copyright registrations should have several prior created works, and Plaintiff's claimed works are common, florals designs that have existed in the market from very popular designers for decades.

### FOURTH AFFIRMATIVE DEFENSE
**(Lack of Requisite Originality and/or Creativity)**

Plaintiff's claims are barred, in whole or in part, because Roadget's copying, if any, of any element of the asserted work in which Plaintiff alleges a copyright interest, did not involve the use of any elements of the works sufficiently original to warrant copyright

protection.

## FIFTH AFFIRMATIVE DEFENSE
### (Invalidity of Plaintiff's Work)

Plaintiff's asserted copyrights are invalid.

## SIXTH AFFIRMATIVE DEFENSE
### (Alleged Infringement Is *De Minimis*)

Without admitting the use of any copyrighted material allegedly owned by Plaintiff, which is denied, the alleged use is *de minimis*.

## SEVENTH AFFIRMATIVE DEFENSE
### (No Reasonable Possibility of Access)

Plaintiff has not sufficiently alleged access necessary to state a claim because it has not alleged any "reasonable possibility" of access.

## EIGHTH AFFIRMATIVE DEFENSE
### (Abandonment)

Plaintiff abandoned the copyright, or the allegedly infringed copyright rights, in the allegedly infringed work.

## NINTH AFFIRMATIVE DEFENSE
### (Innocent Infringement)

Without admitting any infringement, which is denied, the alleged infringements were innocent.

## TENTH AFFIRMATIVE DEFENSE
### (Equitable Defenses)

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or acquiescence.

## ELEVENTH AFFIRMATIVE DEFENSE
### (No Mitigation of Damages)

Plaintiff's claims are barred, in whole or in part, because they have failed to mitigate any alleged damages.

## TWELFTH AFFIRMATIVE DEFENSE

### (*Scenes a faire* and Merger)

Plaintiff's claims are barred, in whole or in part, under the *scenes a faire* and merger doctrines.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Acts of Third Parties)

Damages or injuries, if any, suffered by Plaintiff is attributable to the conduct, deeds, acts, and/or omissions of third parties, and not to any conduct, deeds, acts, words, or omissions of Roadget.

## **RESERVATION OF DEFENSES**

Roadget presently has insufficient knowledge or information on which to form a belief as to whether it may have available additional, as yet unstated, defenses. Accordingly, Roadget reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**WHEREFORE**, having fully answered Plaintiff's Complaint, Roadget respectfully request that the Court:

Deny that Plaintiff is entitled to any relief whatsoever;

Dismiss the Complaint with prejudice and enter judgment in favor of Roadget;

Award Roadget its attorneys' fees and costs incurred in defending this action; and

Award Roadget such other and further relief as the Court may deem just and proper.

//
//
//
//
//
//
//
//

**JURY REQUEST**

Pursuant to Federal Rule of Civil Procedure 38, Roadget requests a trial by jury on all issues so triable.

**RESERVATION OF DEFENSES**

Dated: July 8, 2024                          Respectfully submitted,

*s/ Ziyong Li*
ZIYONG "SEAN" LI (CA 289696)
Benesch, Friedlander, Coplan & Aronoff LLP

Attorneys for Defendants Zoetop Business Co., Ltd., Shein Distribution Corp., and Roadget Business Pte. Ltd.