Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOR LOVE & LEMONS, LLC, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ZOETOP BUSINESS CO., LTD., individually and doing business as "SHEIN", a Hong Kong private limited company; SHEIN DISTRIBUTION CORP., a Delaware corporation; ROADGET BUSINESS PTE, LTD., a Singapore private limited company, both individually and doing business as "SHEIN"; and DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-00585-MWF-AS<br>*Hon. Michael W. Fitzgerald Presiding*<br><br>**STIPULATION TO DISMISS** |

Plaintiff For Love & Lemons, LLC, and Defendants Zoetop Business Co., Ltd., Shein Distribution Corp., and Roadget Business Pte, Ltd. (collectively, the "Parties"), through their respective counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

SO STIPULATED.

Date: January 24, 2025    By:    _____
Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Date: January 24, 2025    By:    _____
Ziyong Li, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
*Attorney for Defendant*

The filer attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.